**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CAROL ANN D'ALESSANDRIS,

    Plaintiff,

v.                                                      CASE NO: 8:07-cv-1975-T-26TGW

SARASOTA COUNTY, FLORIDA,

    Defendant.
_____/

**O R D E R**

    Defendant County has filed a motion to dismiss count two of Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b) for failure to state a claim. Because, however, Defendant County has previously filed an answer to this count,[1] the motion is a nullity. See Leonard v. Enterprise Rent A Car, 279 F.3d 967, 971 n.6 (11th Cir. 2002) (noting that under Rule 12(b) a motion to dismiss for failure to state a claim filed after answering a complaint is a nullity because "by filing an answer, the defendants had eschewed the option of asserting by motion that the complaint failed to state a claim for relief."). Accordingly, it is ordered and adjudged that the Motion to Dismiss Count II of the Amended Complaint (Dkt. 15) is denied. Defendant County may raise this issue anew within the context of a motion for summary judgment filed after the completion of discovery.

    **DONE AND ORDERED** at Tampa, Florida, on February 26, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] See docket 7.